**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30030 |
| Plaintiff - Appellee, | D.C. No. 9:13-cr-00019-DLC |
| v. | |
| STEPHEN SALVATORE INTRIERI, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, Chief Judge, Presiding

Submitted February 17, 2015[**]

Before:     O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Stephen Salvatore Intrieri appeals from the district court's judgment and

challenges the 30-month sentence imposed following his guilty-plea conviction for

wire fraud, in violation of 18 U.S.C. § 1343.  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Intrieri contends that the district court erred by applying the sophisticated-means enhancement under U.S.S.G. § 2B1.1(b)(10)(C). We review the district court's interpretation of the Guidelines de novo and its factual findings for clear error. *See United States v. Tanke*, 743 F.3d 1296, 1306 (9th Cir. 2014). The district court did not err by applying the enhancement because Intrieri used multiple aliases and set up a fake business in another jurisdiction to deceive his victims. *See* U.S.S.G. § 2B1.1 cmt. n.9(B); *Tanke*, 743 F.3d at 1307-08 (enhancement may be imposed even when concealment efforts are not highly complex).

**AFFIRMED.**